PFEFFER, Respondent, v. AHLERING, Appellant.

(Common Pleas of New York City and County, General Term.  June 5, 1893.)

Action by Julia Pfeffer, as administratrix of the estate of Philip Pfeffer, deceased, against Minnie Ahlering, for the conversion of personal property and for money had and received.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Geo. W. McAdam, for appellant.

Chas. Goldzier, for respondent.

PER CURIAM. On the stipulation of counsel for the respective parties to that effect, and herewith filed, the judgment of April 18, 1892, is reduced $3,300, damages and costs; and, as reduced, it is affirmed, without costs of this appeal to either party as against the other.

---

HARTLEY, Respondent, v. MEYER, Appellant.

(Common Pleas of New York City and County, General Term.  June 19, 1893.)

Action by Marcellus Hartley against Arthur L. Meyer.

M. H. Regensberger, for appellant.

Alexander & Green, for respondent.

No opinion. Motion for reargument. Reargument denied, with $10 costs. See 20 N. Y. Supp. 855.

---

WHITTEMORE, Respondent, v. WHITE et al., Appellants.

(Common Pleas of New York City and County, General Term.  June 19, 1893.)

Action by Henry Whittemore against James T. White and others.

Oscar J. Hochstadter, for appellants.

Gilbert R. Hawes, for respondent.

No opinion. Motion for reargument. Reargument granted. Stay meanwhile. See 23 N. Y. Supp. 1161.

---

TALCOTT, Respondent, v. LEVY et al., Appellants.

(Superior Court of New York City, General Term.  April 4, 1893.)

Appeal from equity term.

Action by James Talcott against Morris Levy, Rebecca Levy, and Mahlke Charmack.

Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

Ira Leo. Bamberger, for appellants.

Carter, Pinney & Kellogg, for respondent.

PER CURIAM. The judgment is affirmed, upon the opinion of the learned trial judge. 20 N. Y. Supp. 440.